FILED

08/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0468

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GARRETT ALAN LEE,

Defendant and Appellant.

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Reply to Response, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the deadline set to file the Reply Brief to Response is extended August 9, 2024, to September 9, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2024